IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOE KENNY WHITE                                            PLAINTIFF

vs.                         Case No. 4:06-cv-4051

MICHAEL J. ASTRUE[1]
Commissioner, Social Security Administration                    DEFENDANT

## **JUDGMENT**

Now on this 25th day of July, 2007, comes for consideration the Report and Recommendation, dated July 2, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this motion, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, and grants Plaintiff's Motion for Attorney Fees pursuant to the EAJA, under 28 U.S.C. § 2412 and awards Plaintiff $1,288.00 in attorney fees. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

      IT IS SO ORDERED.

                                                        /s/Jimm Larry Hendren
                                                        HON. JIMM LARRY HENDREN
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.